UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY J. CUNNINGHAM )<br>        Plaintiff, )<br>v. )<br>          )<br>N.C. DHHS )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:20-CV-643-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on defendant's motion to dismiss and the court's order to show cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 22, 2021 and December 9, 2021, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and this case is dismissed for plaintiff's failure to respond to text order entered December 9, 2021 and for failure to prosecute.

**This Judgment Filed and Entered on January 13, 2022, and Copies To:**
Mary J. Cunningham (via US mail to 112 Trotter Street, Roxboro, NC 27573)
Joseph E. Elder (via CM/ECF Notice of Electronic Notification)

| | |
|---|---|
| January 13, 2022 | PETER A. MOORE, JR. CLERK<br>  /s/ Sandra K. Collins<br>(By) Sandra K. Collins, Deputy Clerk |